**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Deborah PASCUAL, Defendant—
Appellant.**

No. 05–10493.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Loretta A. Sheehan, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff—Appellee.

Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant—Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Deborah Pascual appeals from her guilty-plea conviction and 46–month sen-tence for possession with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a), (b)(1)(C).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Pascual has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Pascual filed a pro se supplemental brief and the government filed an answering brief.

Our independent review of the briefs and the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ramon J. SAPP, Defendant—Appellant.**

No. 05–10401.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

George L. Bevan, Jr., Andrew M. Scoble, Esq., San Francisco, CA, for Plaintiff–Appellee.

Mark Goldrosen, San Francisco, CA, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Ramon J. Sapp appeals from his jury-trial conviction and 57–month sentence for being a felon in possession of a firearm and ammunition and contempt of court, in violation of 18 U.S.C. §§ 401(3), 922(g)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sapp has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental or answering brief has been filed.

Our independent review of the brief and the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Benjamin Magana DELGADO, Defendant—Appellant.**

No. 05–10346.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Before: PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by